No. 1139. GULF STEVEDORE CORP. ET AL. *v.* WATSON ET AL. C. A. 5th Cir. Certiorari denied. *Carl O. Bue, Jr.,* for petitioners. *W. Jiles Roberts* for Watson, and *Solicitor General Griswold* for Shea, respondents.

No. 1151. BROADVIEW CHEMICAL CORP. *v.* LOCTITE CORP. C. A. 2d Cir. Certiorari denied. *Granger Cook, Jr.,* and *James P. Hume* for petitioner. *Walter D. Ames* for respondent.

No. 897. COATES *v.* SECURITIES AND EXCHANGE COMMISSION; and

No. 937. KLINE *v.* SECURITIES AND EXCHANGE COMMISSION. C. A. 2d Cir. Certiorari denied. *Albert R. Connelly, Gordon Gooch,* and *Donald Strauber* for petitioner in No. 897, and *Orison S. Marden* for petitioner in No. 937. *Solicitor General Griswold, Philip A. Loomis, Jr., David Ferber,* and *Donald M. Feuerstein* for respondent in both cases.

MR. JUSTICE WHITE, dissenting.

I would grant certiorari in No. 937 and set the case for oral argument. The issues are of general importance, and the judgment of the Court of Appeals ordering cancellation of petitioner's stock option has sufficient finality to warrant review now rather than after further proceedings in the District Court.

No. 1009. DANIELS, AKA JONES *v.* MICHIGAN. Ct. App. Mich. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Wendell A. Miles* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondent.